

**FILED**

02/18/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0544

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0544

FILED

FEB 1 8 2025

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE PETITION OF LOUIS J. SUAREZ, JR. FOR
REINSTATEMENT TO ACTIVE STATUS IN THE
BAR OF MONTANA

O R D E R

---

Louis J. Suarez, Jr. has petitioned for reinstatement to active status in the State Bar of Montana. Suarez was placed on inactive status by the State Bar of Montana pursuant to Rules 3B, 7, and 13 of the Rules for Continuing Legal Education (CLE) on April 12, 2016, as a result of noncompliance with CLE requirements. In accordance with Rule 13 of the CLE Rules, Suarez has provided a letter from the State Bar certifying that Suarez has now completed all CLE requirements "through the reporting year that ended March 31, 2025."

The Petition indicates Suarez is or has not been: 1) suspended, disbarred, or otherwise ineligible to practice of law in another jurisdiction and is not currently subject to disciplinary proceedings or pending disciplinary proceedings in another jurisdiction, 2) charged with a criminal offense, 3) accrued delinquent debt or filed for bankruptcy, 4) failed to fulfill the obligations of a public office or professional license, or 5) committed any violations of the Rules of Professional Conduct while on inactive status.

The Petition also indicates Suarez has not been actively practicing in another jurisdiction or serving as a law clerk. It is the Court's practice in such cases, given the amount of time since Suarez has been on active status, to require a character and fitness review. Therefore,

IT IS HEREBY ORDERED that Petitioner shall submit to an investigation conducted by the Commission on Character and Fitness, which, in its discretion, may be a limited investigation. Petitioner shall comply with the character and fitness process and timely produce information and documentation as requested by the Commission. The Commission will investigate Petitioner's character and fitness in accordance with the Rules

of Procedure of the Commission on Character and Fitness. The Commission will advise the Court whether the Petitioner has been certified, conditionally certified, or denied certification. If the Commission denies certification, the Commission will issue written findings of fact, conclusions of law, and a decision pursuant to Section 5(c)(6) of the Rules of Procedure of the Commission on Character and Fitness. If the Petitioner is certified or conditionally certified by the Commission on Character and Fitness, the Petitioner shall be admitted to the active practice of law in Montana upon payment of appropriate dues and fees and penalties to the State Bar of Montana.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 18 day of February, 2025.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2